# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN LANE FLOR,<br><br>Defendant. | CR-12-95-BLG-RFC-1<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to Count I of the Information, which charges the crime of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). The Defendant has also admitted facts supporting the forfeiture of the cell phone used in the commission of the offense, pursuant to 18 U.S.C. § 2253(a).

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense

-1-

charged and to which a guilty plea was entered contained each of the essential elements of the offense.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report has been ordered.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P 59(b)(2).

DATED this 18th day of October, 2012.

                       /s/ Carolyn S. Ostby
                       United States Magistrate Judge