IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | Cause No. CR 12-95-BLG-RFC |
| Plaintiff, | |
| vs. | |
| | **ACCEPTANCE OF PLEA OF** |
| | **GUILTY AND ADJUDICATION OF** |
| JUSTIN LANE FLOR, | **GUILT AND NOTICE OF** |
| | **SENTENCING** |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11, the plea of guilty of the Defendant to Count I of the Information is hereby accepted. Defendant consents to forfeiture under the Plea Agreement. The Defendant is adjudged guilty of the offense of being in possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

IT IS HEREBY ORDERED that:

1. Sentencing is set down for **10:00 A.M. on Thursday, January 31, 2013**, in the Snowy Mountains Courtroom of the James F. Battin Federal Building, 2601 Second Avenue North, Billings, Montana.

2. The United States Probation Office shall conduct a presentence investigation in accordance with Fed. R. Crim. P. 32(b) and 18 U.S.C. § 3552(a).

3. Following completion of the presentence report, the probation officer shall disclose the report (excepting any recommendations of the probation officer) to the defendant, counsel for the defendant, and counsel for the government no later than **December 27, 2012**. The probation officer shall not disclose, directly or indirectly to anyone under any circumstances, the substance or contents of any recommendation made or to be made to the Court.

4. In cases where restitution is mandatory, the probation officer shall consider a payment plan with the Defendant and make recommendations to the Court concerning interest and a payment schedule.

5. In accordance with U.S.S.G. § 6A1.2, after receipt of the presentence report and no later than **January 10, 2013**, counsel for each party shall present to the probation officer, in writing, any objections to be relied upon at sentencing and, if there is a dispute over any material in the presentence report, counsel shall meet with the probation officer and attempt to resolve disputes informally by diligent good faith effort.

6. The presentence report, in final form, shall be delivered to the Court and the parties no later than **January 18, 2013.**

7. If the objections made pursuant to ¶5 are not resolved and counsel wishes the Court to address them, the objecting party shall submit all unresolved objections and a sentencing memorandum (one original and two copies) to the court no later than **January**

**25, 2013**. Sentencing memoranda must be faxed to opposing counsel on the day filed. The Court will resolve disputes in accordance with § 6A1.3 of the guidelines at the sentencing hearing.

    8.  Any responses to sentencing memoranda shall be filed on or before **January 29, 2013**.  Responses must be faxed to opposing counsel on the day filed.

    9.  Reply briefs will not be accepted for filing in sentencing matters.

    10.  All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

    11.  Defendant is remanded to the custody of the U. S. Marshals pending sentencing.

    DONE and DATED this 29th Day of October, 2012.

                                          _/s/ Richard F. Cebull_____
                                          RICHARD F. CEBULL
                                          U.S. DISTRICT COURT JUDGE